AO 2450 (Rev. 3101) Sheet 1 - Judgment in a Criminal Case for Revocations - D Massachusetts (09102)

# United States District Court
## District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**ROBERT COONEY** | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>Case Number: 3: 04 CR 30050    001    MAP<br><br>JOSEPH FRANCO. ESQ<br>Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) __1__ of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local clime | 04/10107 |

☐ See continuation page

The defendant is sentenced as provided in pages 2 through —— of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district with 30 days of any change of name, residence, or maling address until all fines, restitution, costs. and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00/00/62

Defendant's USM No.: 90684-038

Defendant's Residence Address:
   12 Leonard St
   Adams, MA 01220

Defendant's Mailing Address:
   Same as above

06/27/07
Date of Imposition of Judgment

*/s/ Michael A. Ponsor*
MICHAEL A. PONSOR
Signature of Judicial Officer

U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

June 28, 2007
Date

AO 240D (Rev. 3/01) Judgment in a Criminal Case for Revocations. Sheet 2 - Imprisonment

CASE NUMBER:  3: 04 CR 30050   001  MAP  Judgment - Page of
DEFENDANT:  ROBERT COONEY

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of    12 months

AND ONE DAY -     DEFENDANT TO BE GIVEN FULL CREDIT FOR TIME SERVED IN FEDERAL CUSTODY

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district
   ☐ at _____ on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before _____ on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal